**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **2017 IAVF Windy City Fox Run LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 7 – 1 8 5 6 3 7 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **115, 135, 145, 155 and 225 Walnut Drive**<br>Number    Street | **c/o Consilium Partners**<br>Number    Street |
| | **4 Dunbar Road**<br>P.O. Box |
| **St. Charles**    **IL**    **60174**<br>City            State      ZIP Code | **Palm Beach Gardens**  **FL**  **33418**<br>City            State    ZIP Code |
| **Kane**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City            State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **2017 IAVF Windy City Fox Run LLC**                                    Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

_____  _____  _____  _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   **2017 IAVF Windy City Fox Run LLC** _____   Case number (if known) _____

| | |
|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** |

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                MM / DD / YYYY

District _____ When _____ Case number _____
                                MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **See attached** _____ Relationship _____

District _____ When _____
                               MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                               MM / DD / YYYY

Case number, if known _____

11. **Why is the case filed in _this district?_**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**      *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number      Street

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor  **2017 IAVF Windy City Fox Run LLC** _____   Case number (if known) _____

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/07/2020** _____
MM / DD / YYYY

X   *Andrew Belew* _____
Signature of authorized representative of debtor

**Andrew Belew** _____
Printed name

**President, Better Housing Foundation, Inc., as Manager** _____
Title

Debtor   **2017 IAVF Windy City Fox Run LLC**                     Case number (if known) _____

**18.   Signature of attorney**          X _____   Date   **10/07/2020**
                                          Signature of attorney for debtor                     MM / DD / YYYY

                                          **Kevin H. Morse** _____
                                          Printed name
                                          **Clark Hill PLC** _____
                                          Firm name
                                          **130 E. Randolph, Suite 3900** _____
                                          Number        Street
                                          _____

                                          **Chicago** _____   **IL**        **60601** _____
                                          City                                        State        ZIP Code


                                          **(312) 985-5556** _____   **kmorse@clarkhill.com** _____
                                          Contact phone                        Email address
                                          **06297244** _____   **IL** _____
                                          Bar number                           State

Voluntary Petition Item 10: Pending Bankruptcy Cases


Lindran Properites, LLC
Affiliate
Case No. 20-02834
Filed 1/31/2020 NDIL

BHF Chicago Housing Group B LLC
Affiliate
Case No. 20-12453
Filed 6/15/2020 NDIL

BHF Chicago Housing Group C LLC
Affiliate
Case No. 20-16567
Filed 9/1/2020 NDIL

The following four affiliated cases are being filed contemporaneously on
10/7/2020 in the NDIL:

2017 IAVF Windy City Fox Run LLC
2017 IAVF Windy City Parkside LLC
2017 IAVF Windy City Shaddle LLC
2017 IAVF Windy City Villa Brook LLC

**Fill in this information to identify the case and this filing:**

Debtor Name __**2017 IAVF Windy City Fox Run LLC**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**10/07/2020**__          X   *Andrew Belew*
   MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                          **Andrew Belew**
                                          Printed name

                                          **President, Better Housing Foundation, Inc., as Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **2017 IAVF Windy City Fox Run LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UMB Bank, N.A., as Successor Trustee c/o Michael Slade 120 6th Street, Suite 1400 Minneapolis, MN 55402- | | | | 59,980,000.00 | 16,500,000.00 | 43,480,000.00 |
| 2 | Aurelia Reyes and Gontran Santamaria 2026 Wessel Ct. St. Charles, IL 60174 | | Security Deposit for Rental Property | | | | $536.00 |

10/07/2020 04:25:07pm

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **2017 IAVF Windy City Fox Run LLC**                          CASE NO

                                                                                              CHAPTER    **11**

## **VERIFICATION OF CREDITOR MATRIX**

         The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/7/2020                                        Signature  *Andrew Belew*
                                                                              **Andrew Belew**
                                                                              **President, Better Housing Foundation, Inc., as Manager**

Date                                                          Signature

Agoston, Jason
225 Walnut Dr
Unit 114
St. Charles, IL 60174


Akins, Paul
115 Walnut Dr
Unit 225
St. Charles, IL 60174


Alarcon-Villegas, Jose Martin
135 Walnut Dr
Unit 112
St. Charles, IL 60174


Alarm Detection Systems Inc
1111 Church Road
Aurora, IL 60505-1905


All Type Elevators Inc
11105 S Nashville Ave
Worth, IL 60482


Aluarado, Anthony
155 Walnut Dr
Unit 224
St. Charles, IL 60174


Anderson, Howard (Rob)
135 Walnut Dr
Unit 119
St. Charles, IL 60174


Answer Advantage
131 N Glendale St
Wichita, KS 60060


Apartments.com
2563 Collection Center Drive
Chicago, IL 60693

Apartments.com
2563 Collection Center Drive
Chicago, IL 60693-2563


Arellano, Anamartin
225 Walnut Dr
Unit 108
St. Charles, IL 60174


Armato, Anmarie
225 Walnut Dr
Unit 206
St. Charles, IL 60174


Ascent Multifamily Accounting LLC
6655 S Eastern Ave Ste 200
Las Vegas, NV 89119


AT&T
PO Box 105262
Atlanta, GA 30348


AT&T - Better Housing
P O Box 5014
Carol Stream, IL 60197-5014


Aurelia Reyes and Gontran Santamaria
2026 Wessel Ct.
St. Charles, IL 60174


Baker, Megan
225 Walnut Dr
Unit 204
St. Charles, IL 60174


Barron, Jennifer
155 Walnut Dr
Unit 202
St. Charles, IL 60174

Baunan, Scott
225 Walnut Dr
Unit 107
St. Charles, IL 60174


Beavers, Cameron
155 Walnut Dr
Unit 212
St. Charles, IL 60174


Berard, Rebecca
135 Walnut Dr
Unit 208
St. Charles, IL 60174


Berggren, Kierstin
115 Walnut Dr
Unit 219
St. Charles, IL 60174


Borchers, John
115 Walnut Dr
Unit 118
St. Charles, IL 60174


Bowser, Stephanie
225 Walnut Dr
Unit 222
St. Charles, IL 60174


Breuer, Andrea
115 Walnut Dr
Unit 121
St. Charles, IL 60174


Bryant, Aaron
155 Walnut Dr
Unit 206
St. Charles, IL 60174


Burkhart, David
115 Walnut Dr
Unit 229
St. Charles, IL 60174

Burlock, Rebecca
155 Walnut Dr
Unit 219
St. Charles, IL 60174


Burson, John
155 Walnut Dr
Unit 109
St. Charles, IL 60174


Bush, Mason
115 Walnut Dr
Unit 207
St. Charles, IL 60174


Carter, Toni
155 Walnut Dr
Unit 103
St. Charles, IL 60174


Caseytrust Company
1712 Pioneer Avenue
Cheyenne, WY 82001


City of St Charles
Po Box 6021
Carol Stream, IL 60197


Clark, Cameron
155 Walnut Dr
Unit 117
St. Charles, IL 60174


Cogency Global Inc.
122 E 42nd Street
18th Floor
New York, NY 10168


Cole, Steven
155 Walnut Dr
Unit 112
St. Charles, IL 60174

Consilium Capital Partners LLC
4 Dunbar Road
Palm Beach Gardens, FL 33418


Corona, Roberto
115 Walnut Dr
Unit 117
St. Charles, IL 60174


Corporate Valuation Advisors
350 S. Northwest Highway
Suite 300
Park Ridge, IL 60068


Correa, Jacob
225 Walnut Dr
Unit 213
St. Charles, IL 60174


CRP ADVISORS LLC
83 Walnut Street
Ste 10
Wellesly, MA 2481


Cruz Galvan, Gonzalo
135 Walnut Dr
Unit 113
St. Charles, IL 60174


Cruz, German
135 Walnut Dr
Unit 105
St. Charles, IL 60174


Cuellar, Jose
135 Walnut Dr
Unit 107
St. Charles, IL 60174


Cullinane, Michael
225 Walnut Dr
Unit 207
St. Charles, IL 60174

Cyzan, Michael
155 Walnut Dr
Unit 118
St. Charles, IL 60174


De Los Santos, Rosalinda and Nancy
155 Walnut Dr
Unit 220
St. Charles, IL 60174


Dede, Joseph
135 Walnut Dr
Unit 218
St. Charles, IL 60174


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Derby, Cameron
135 Walnut Dr
Unit 214
St. Charles, IL 60174


Diaz, Saul
155 Walnut Dr
Unit 201
St. Charles, IL 60174


Dieter, Randall
115 Walnut Dr
Unit 218
St. Charles, IL 60174


Domin, Jacob
135 Walnut Dr
Unit 117
St. Charles, IL 60174


Dryja, Artur
225 Walnut Dr
Unit 211
St. Charles, IL 60174

```
Durbin, Daniel
225 Walnut Dr
Unit 219
St. Charles, IL 60174


E. Ray Construction LLC
527 Edison St
Geneva, IL 60134



Elevator Inspection Service Company Inc
745 McClintock Dr Suite 235
Burr Ridge, IL 60527



Ely, Jeffery
115 Walnut Dr
Unit 103
St. Charles, IL 60174


Esteban, Sandy
155 Walnut Dr
Unit 231
St. Charles, IL 60174


Ettner, Eugene
115 Walnut Dr
Unit 108
St. Charles, IL 60174


Fabing, Jaclyn
115 Walnut Dr
Unit 223
St. Charles, IL 60174


Fairhurst, *H*Gene
115 Walnut Dr
Unit 104
St. Charles, IL 60174


Feistamel, Thomas
135 Walnut Dr
Unit 205
St. Charles, IL 60174
```

Feliciano, Sheila
225 Walnut Dr
Unit 230
St. Charles, IL 60174


France, Jason
115 Walnut Dr
Unit 210
St. Charles, IL 60174


Fritz, Carol
115 Walnut Dr
Unit 208
St. Charles, IL 60174


Frost, Chris
225 Walnut Dr
Unit 101
St. Charles, IL 60174


Garcia, Kaine
225 Walnut Dr
Unit 232
St. Charles, IL 60174


Garcia, Rufino
225 Walnut Dr
Unit 115
St. Charles, IL 60174


Garnica, Jessica
225 Walnut Dr
Unit 214
St. Charles, IL 60174


Gee, Bradley
155 Walnut Dr
Unit 204
St. Charles, IL 60174


Giuffre, Kristen
135 Walnut Dr
Unit 216
St. Charles, IL 60174

Global Restoration Services
1330 Crispin Dr STE 206
Elgin, IL 60123


Gomez, Juan
135 Walnut Dr
Unit 122
St. Charles, IL 60174


Gonzalez, Ofelia
225 Walnut Dr
Unit 113
St. Charles, IL 60174


Grant, Deanna
155 Walnut Dr
Unit 213
St. Charles, IL 60174


Greater New York Mutual Insurance Compan
200 Madison Avenue
New York, NY 10016


Guare, Linda
115 Walnut Dr
Unit 107
St. Charles, IL 60174


Guzman, Juan
115 Walnut Dr
Unit 113
St. Charles, IL 60174


Halvorsen, Amy
225 Walnut Dr
Unit 210
St. Charles, IL 60174


Hanson Landscape & Design Inc
PO BOX 307
Big Rock, IL 60511

Hanson Landscape, Inc.
7S882 Camp Dean Road
Big Rock, IL 60511


Harris, Jonathan
155 Walnut Dr
Unit 119
St. Charles, IL 60174


Harrison, Jonna
135 Walnut Dr
Unit 111
St. Charles, IL 60174


Haskovic, Suana
155 Walnut Dr
Unit 209
St. Charles, IL 60174


HD Supply
National Remit To
PO Box 509058
San Diego, CA 92150


Hernandez, Evodia
225 Walnut Dr
Unit 117
St. Charles, IL 60174


Home Depot Credit Services
Maintenance - Supplies/Parts
PO Box 9001043
Louisville, KY 40290


Hoover, Stephan
115 Walnut Dr
Unit 228
St. Charles, IL 60174


Houchin, Michael
135 Walnut Dr
Unit 225
St. Charles, IL 60174

HVAC Ceiling Fan Corp.
1332 N. Halsted St.
Ste 100
Chicago, IL 60642


IL Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Employment Securi
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Department of Public Health
P O BOX 4263
Springfield, IL 62708 - 4263


Illinois Office of the State Fire Marsha
PO Box 3331
Springfield, IL 62708


Jackson, Alex
115 Walnut Dr
Unit 222
St. Charles, IL 60174


Jackson, Andre
135 Walnut Dr
Unit 116
St. Charles, IL 60174


Jasper, Nathan
135 Walnut Dr
Unit 207
St. Charles, IL 60174


Johnson, Dymahdi
225 Walnut Dr
Unit 205
St. Charles, IL 60174

Jordan, Frances
225 Walnut Dr
Unit 226
St. Charles, IL 60174


Juan Esme Construction
200 Charabanc Ln
Wheenling, IL 60090


Juarez, Vanessa
115 Walnut Dr
Unit 114
St. Charles, IL 60174


Kane County Treasurer
719 S Batavia Ave
Geneva, IL 60134


Keddington & Christensen, LLC
1455 West 2200 South Suite 201
Salt Lake City, UT 84119


Kiefer, Susan
115 Walnut Dr
Unit 230
St. Charles, IL 60174


Knox, Taquae
155 Walnut Dr
Unit 106
St. Charles, IL 60174


Konkol, William
155 Walnut Dr
Unit 208
St. Charles, IL 60174


Krauth, Adam
225 Walnut Dr
Unit 103
St. Charles, IL 60174

Kubicek, Sarah
155 Walnut Dr
Unit 218
St. Charles, IL 60174


Kunstman, Kayla
135 Walnut Dr
Unit 220
St. Charles, IL 60174


Lacour, Samantha
155 Walnut Dr
Unit 211
St. Charles, IL 60174


Lakeshore Recycling Systems
6132 Oakton St
Morton Grove, IL 60053


LaPierre, Edward
155 Walnut Dr
Unit 216
St. Charles, IL 60174


Law Offices of David K. Barhydt
2901 Butterfield Rd
Oak Brook, IL 60523


Lawm, Gerry
225 Walnut Dr
Unit 118
St. Charles, IL 60174


Leach, Allison
135 Walnut Dr
Unit 212
St. Charles, IL 60174


Lenke, Deidre
155 Walnut Dr
Unit 205
St. Charles, IL 60174

Lenz, Ken
115 Walnut Dr
Unit 202
St. Charles, IL 60174


Leon Lopez, Valeria
115 Walnut Dr
Unit 203
St. Charles, IL 60174


Leonard, Nicholas
115 Walnut Dr
Unit 217
St. Charles, IL 60174


Little, Jay
225 Walnut Dr
Unit 201
St. Charles, IL 60174


Liz's Commercial Painting
3211 Hoffman St
Plano, IL 60545


Lovett, Michael
135 Walnut Dr
Unit 228
St. Charles, IL 60174


Lowe's Cleaning Svcs Inc.
Attn: Milan Zivkovic
4533 Elm Ave, Ste 1N
Brookfield, IL 60513


Lydecker, Dylan
135 Walnut Dr
Unit 206
St. Charles, IL 60174


Mancera, Ignacio
135 Walnut Dr
Unit 110
St. Charles, IL 60174

Marin-Carrera, Aurelia
135 Walnut Dr
Unit 115
St. Charles, IL 60174


Marra, Joseph
155 Walnut Dr
Unit 227
St. Charles, IL 60174


Martinez, Jose
135 Walnut Dr
Unit 102
St. Charles, IL 60174


Martinez, Raul
225 Walnut Dr
Unit 105
St. Charles, IL 60174


Martinez, Raul
225 Walnut Dr
Unit 111
St. Charles, IL 60174


Martinson, Steven
135 Walnut Dr
Unit 108
St. Charles, IL 60174


McCumber, Nathan
115 Walnut Dr
Unit 216
St. Charles, IL 60174


McGraw, Samuel
135 Walnut Dr
Unit 231
St. Charles, IL 60174


McGreger, Craig
135 Walnut Dr
Unit 229
St. Charles, IL 60174

Mejia, Javier
225 Walnut Dr
Unit 212
St. Charles, IL 60174


Miccolis, James
225 Walnut Dr
Unit 231
St. Charles, IL 60174


Molgado, Evelyn
115 Walnut Dr
Unit 111
St. Charles, IL 60174


Moore, David
115 Walnut Dr
Unit 215
St. Charles, IL 60174


Mosher, Michelle
155 Walnut Dr
Unit 203
St. Charles, IL 60174


Myers, Jennifer
155 Walnut Dr
Unit 104
St. Charles, IL 60174


National Apartment Association
P.O. Box 75219
Baltimore, MD 21275


National Indemnity Corp.
c/o Howard Berland, Registered Agent
820 Church Street, Suite 200
Evanston, IL 60201


Nelson, Christine
115 Walnut Dr
Unit 101
St. Charles, IL 60174

Next Step Flooring Solutions
1862 East Bevidere Road # 174
Grayslake, IL 60030


Nicolas Gutierrez
705 Elma Ave
Elgin, IL 60120


Nicor Gas
PO BOX 5407
Carol Stream, IL 60197-5407


Norman, Bobby
225 Walnut Dr
Unit 218
St. Charles, IL 60174


Nu-Era Enterprises, Inc
2043 Limestone Lane
Carpentersville, IL 60110


OCCUPANT
225 Walnut Dr
Unit 102
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 104
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 109
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 110
St. Charles, IL 60174

OCCUPANT
225 Walnut Dr
Unit 112
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 120
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 121
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 122
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 123
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 202
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 203
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 208
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 209
St. Charles, IL 60174

```
OCCUPANT
225 Walnut Dr
Unit 216
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 221
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 225
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 226
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 227
St. Charles, IL 60174


OCCUPANT
225 Walnut Dr
Unit 228
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 101
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 102
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 105
St. Charles, IL 60174
```

```
OCCUPANT
155 Walnut Dr
Unit 107
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 108
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 110
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 115
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 120
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 214
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 223
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 225
St. Charles, IL 60174


OCCUPANT
155 Walnut Dr
Unit 228
St. Charles, IL 60174
```

```
OCCUPANT
135 Walnut Dr
Unit 101
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 103
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 111
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 114
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 118
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 120
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 121
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 201
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 204
St. Charles, IL 60174
```

```
OCCUPANT
135 Walnut Dr
Unit 210
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 215
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 217
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 219
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 223
St. Charles, IL 60174


OCCUPANT
135 Walnut Dr
Unit 224
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 102
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 105
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 110
St. Charles, IL 60174
```

OCCUPANT
115 Walnut Dr
Unit 112
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 116
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 122
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 123
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 205
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 209
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 213
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 220
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 226
St. Charles, IL 60174

```
OCCUPANT
115 Walnut Dr
Unit 227
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 231
St. Charles, IL 60174


OCCUPANT
115 Walnut Dr
Unit 232
St. Charles, IL 60174


Olivera, Olegario
135 Walnut Dr
Unit 109
St. Charles, IL 60174


Olson, Rebecca
115 Walnut Dr
Unit 120
St. Charles, IL 60174


Ornelas, Gerardo
135 Walnut Dr
Unit 104
St. Charles, IL 60174


O`Dwyer III, Gerard
155 Walnut Dr
Unit 114
St. Charles, IL 60174


Pacheco, Fernando
155 Walnut Dr
Unit 207
St. Charles, IL 60174


Pasholk, Beau
135 Walnut Dr
Unit 106
St. Charles, IL 60174
```

Pawlak, Molly
225 Walnut Dr
Unit 229
St. Charles, IL 60174


Perez, Luis
225 Walnut Dr
Unit 220
St. Charles, IL 60174


Perez, Tomas
225 Walnut Dr
Unit 119
St. Charles, IL 60174


Powell, Christina
225 Walnut Dr
Unit 224
St. Charles, IL 60174


Presto-X
2050 Clearwater Dr.
Des Plaines, IL 60018


Puentes, Erick
135 Walnut Dr
Unit 226
St. Charles, IL 60174


Purpura, Collin
225 Walnut Dr
Unit 215
St. Charles, IL 60174


Ramirez, Raul
155 Walnut Dr
Unit 122
St. Charles, IL 60174


Ravi, Gangadhar
225 Walnut Dr
Unit 223
St. Charles, IL 60174

Rea, Alyssa
115 Walnut Dr
Unit 106
St. Charles, IL 60174


RealPage, Inc.
PO Box 11407
Birmingham, AL 35246-5575


Reed, Kelly
155 Walnut Dr
Unit 113
St. Charles, IL 60174


Reyes, Celia
115 Walnut Dr
Unit 201
St. Charles, IL 60174


Robertson, Taylor
115 Walnut Dr
Unit 119
St. Charles, IL 60174


Robinson, Rachel
225 Walnut Dr
Unit 106
St. Charles, IL 60174


Rodriguez, Genesis
155 Walnut Dr
Unit 121
St. Charles, IL 60174


Rodriguez, Natalie
155 Walnut Dr
Unit 215
St. Charles, IL 60174


Rosa Delgado, Jose
135 Walnut Dr
Unit 222
St. Charles, IL 60174

```
ROSENTHAL BROS., INC.
740 WAUKEGAN ROAD
DEERFIELD, IL 60015-0700



Ross Mechanical Group, Inc
176 S Harrison St
Oswego, IL 60543



Rowe, Sara
155 Walnut Dr
Unit 221
St. Charles, IL 60174



Rusk, *H* Lawrence
115 Walnut Dr
Unit 109
St. Charles, IL 60174



Rust, Jessica
135 Walnut Dr
Unit 203
St. Charles, IL 60174



Salinas, Gumaro
155 Walnut Dr
Unit 116
St. Charles, IL 60174



Sanchez, Jose
225 Walnut Dr
Unit 116
St. Charles, IL 60174



Schindlbeck, Alexander
135 Walnut Dr
Unit 211
St. Charles, IL 60174



Schollmeyer Landscaping Inc
6S578 Dauberman Rd
Big Rock, IL 60551
```

Scott, Jarshue
155 Walnut Dr
Unit 232
St. Charles, IL 60174


Serna, Rufino
115 Walnut Dr
Unit 221
St. Charles, IL 60174


Serrato, Virgil
225 Walnut Dr
Unit 217
St. Charles, IL 60174


Setzer, Meredith
155 Walnut Dr
Unit 210
St. Charles, IL 60174


Sherwin Williams (Paint) National Accoun
PO Box 277499
Atlanta, GA 30384-7499


Sickler, Caitlin
135 Walnut Dr
Unit 232
St. Charles, IL 60174


Singh, Lorena
155 Walnut Dr
Unit 217
St. Charles, IL 60174


Skyline Tree Service & Landscaping Inc
PO Box 3058
Saint Charles, IL 60174


Slopecki, Haley
225 Walnut Dr
Unit 227
St. Charles, IL 60174

Smith, Miranda
155 Walnut Dr
Unit 229
St. Charles, IL 60174


SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601


Sommer, Jeffrey
155 Walnut Dr
Unit 123
St. Charles, IL 60174


Southern, Morgan
115 Walnut Dr
Unit 115
St. Charles, IL 60174


St. Charles Electric Utility
2 East Main Street
St. Charles, IL 60174


Stephanie Mayer
145 Walnut Drive
St. Charles, IL 60174


Suarez, Matthew
115 Walnut Dr
Unit 214
St. Charles, IL 60174


Superior Excavating Co
424 San Carlos Rd
Minooka, IL 60447


Sutphin, Amber
155 Walnut Dr
Unit 230
St. Charles, IL 60174

The Home Depot Pro
P.O. Box 404284
Atlanta, GA 30384-4284


The Home Depot Pro Institutional
PO Box 848392
Dallas, TX 75284-8392


The Home Depot Pro Multifamily
PO Box 404284
Atlanta, GA 30384-4284


U.S. Environmental Protection Agency
Richard L. Nagle, Bankruptcy Contact
US EPA Region 5
Mail Code C-14J
Chicago, IL 60604

UBEO LLC
PO BOX 791070
San Antonio, TX 78279


UMB Bank, N.A., as Successor Trustee
c/o Michael Slade
120 6th Street, Suite 1400
Minneapolis, MN 55402-1807


Underwood, Michelle
135 Walnut Dr
Unit 227
St. Charles, IL 60174


Uribe, Maria
155 Walnut Dr
Unit 111
St. Charles, IL 60174


Valley Fire Protection Systems LLC
555 S Kirk Road Unit C
St Charles, IL 60174

VanderMeyden, Gloria
115 Walnut Dr
Unit 212
St. Charles, IL 60174


Voeks, Jordan
115 Walnut Dr
Unit 211
St. Charles, IL 60174


Wagner, Tornicka
155 Walnut Dr
Unit 226
St. Charles, IL 60174


Walker, Erica
135 Walnut Dr
Unit 123
St. Charles, IL 60174


Walper, Quinlynn
115 Walnut Dr
Unit 206
St. Charles, IL 60174


Warden, Samantha
135 Walnut Dr
Unit 213
St. Charles, IL 60174


Watkins, Diamond
135 Walnut Dr
Unit 221
St. Charles, IL 60174


WEISS SNOW REMOVAL, INC
165 Easy Street
Carol Stream, IL 60174


Weiss Snow Removal, Inc.
165 Easy St
Carol Stream, IL 60188

Wesinger, Reanna
155 Walnut Dr
Unit 222
St. Charles, IL 60174


Williams, Richard
115 Walnut Dr
Unit 204
St. Charles, IL 60174


Wollert, William
135 Walnut Dr
Unit 202
St. Charles, IL 60174


Wright-Bell, Tiniya
135 Walnut Dr
Unit 224
St. Charles, IL 60174


Wynn, Alante
135 Walnut Dr
Unit 230
St. Charles, IL 60174


Xtreme Masters Cleaning Services
1330 Crispin Dr
Unit 214
Elgin, IL 60123


Zies, Emily
135 Walnut Dr
Unit 209
St. Charles, IL 60174


Zimmermann, William
115 Walnut Dr
Unit 224
St. Charles, IL 60174